PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 01 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marjorie A. Henderson          Case Number: 4:05CR00310-01 GTE

Name of Sentencing Judicial Officer:    Honorable G. Thomas Eisele
                                        United States District Judge

Offense:                Wire Fraud

Date of Sentence:       August 29, 2006

Sentence:               7 and ½ months custody Bureau of Prisons, 3 years supervised release, DNA
                        collection, substance abuse treatment, mental health counseling, financial
                        conditions, $78,417.96 restitution, and $100 special penalty assessment

Type of Supervision:    Supervised Release       Date Supervision Commenced: August 21, 2007
                                                 Expiration Date: August 20, 2010

Asst. U.S. Attorney: Jana Harris                  Defense Attorney: Lisa Peters

U.S. Probation Officer: Chirie Grimes
Phone No.: 501-604-5244

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> In accordance with 18 U.S.C. § 3664 (3)(B), restitution payments will be reduced to nominal
> monthly payments of $50.

## CAUSE

Ms. Henderson is the mother of two young children and does not receive consistent financial support
from the children's fathers. She was able to obtain employment at Collection Services Incorporated
shortly after being released from the Bureau of Prisons. Ms. Henderson has maintained employment at
Collection Services Incorporated. A credit report was obtained on February 27, 2008, which reflected
Ms. Henderson currently has an outstanding credit balance of $8,789. The report also reflected that she
has $1,074 in collections. No new lines of credit have been obtained.

Ms. Henderson's current payment schedule is ten percent of her gross income. A review of financial
records was conducted to determine the gross monthly cash flow for payment of monetary obligations to
the Court. The gross monthly income reported was $1,600. The average net monthly income reported
was $1,380 with an average reported monthly expense of $1,384 leaving a negative monthly cash flow

Prob 12B  -2-  Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Marjorie A. Henderson          Case Number: 4:05CR00310-01 GTE

of $4. However, Ms. Henderson has reported she could remit a $50 per month nominal restitution payment. Ms. Henderson has attempted to remit a payment toward her restitution each month since she obtained employment; however, there was one missed payment in April 2008 due to financial hardship. Ms. Henderson submitted payment of her $100 special penalty assessment on December 29, 2006.

Assistant Federal Public Defender Lisa Peters was contacted on June 18, 2008, and she has no objections to the modification.

_____          _____
Chirie Grimes                                              Jana Harris
U.S. Probation Officer                                Assistant U.S. Attorney

Date: June 25, 2008                                  Date: 6-27-08

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/1/08
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

CLG/jkr

Case 4:05-cr-00310-GTE   Document 34   Filed 07/01/08   Page 3 of 4

Prob 12B                                    -3-                          Request for Modifying the
                                                                     Conditions or Terms of Supervision
                                                                        with Consent of the Offender

Name of Offender: Marjorie A. Henderson          Case Number: 4:05CR00310-01 GTE

c:  Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

In accordance with 18 U.S.C § 3664 (3)(B), restitution payments will be reduced to nominal monthly payments of $50.

Witness: _____        Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee

June 23, 2008
DATE